Angelo A. Stio III
Melissa A. Chuderewicz
**TROUTMAN PEPPER**
**HAMILTON SANDERS LLP**
Suite 400
301 Carnegie Center
Princeton, NJ 08543-5276
(609) 951-4125
Angelo.Stio@troutman.com
Melissa.Chuderewicz@troutman.com

*Attorneys for Defendant Deluxe Corporation*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons,* JANE DOE-1, *a law enforcement officer,* JANE DOE-2, *a law enforcement officer,* EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN,<br><br>                                         Plaintiffs,<br><br>v.<br><br>DELUXE CORPORATION, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities,*<br><br>                                         Defendants. | (Electronically Filed)<br><br><br><br><br><br><br>CIVIL ACTION<br><br><br><br>Civil Action No. _____ |

## DECLARATION OF ANGELO A. STIO III

I, Angelo A. Stio III, Esq. declare as follows:

1. I am a citizen of the United States, over 18 years of age, and competent to testify as to the matters contained in this Declaration. If called as a witness, I could and would competently testify as to these same facts.

2. I have personal knowledge of the facts set forth in this Declaration.

-2-

3. I am a partner with the law firm Troutman Pepper Hamilton Sanders, LLP, which is representing Defendant Deluxe Corporation in the above-captioned matter.

4. Attached as **Exhibit 1** is a true and correct copy of Plaintiff Edwin Maldonado's public facing LinkedIn profile identifying his current employer as the Union County Prosecutor's Office.

5. Attached as **Exhibit 2** is a true and correct screenshot of the Franklin Township Police Department webpage, listing Plaintiff Patrick Colligan as a Detective with the Franklin Township Police Department.

6. Attached as **Exhibit 3** is a true and correct copy of Plaintiff Peter Andreyev's public facing LinkedIn profile, identifying his current employer as the Point Pleasant Beach Police Department.

7. Deluxe is a Minnesota corporation with its principal place of business at 801 South Marquette Avenue, Minneapolis, Minnesota 55402.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 21, 2024

                                              *s/ Angelo A. Stio, III*
                                              Angelo A. Stio III