Angelo A. Stio III
Melissa A. Chuderewicz
**TROUTMAN PEPPER**
**HAMILTON SANDERS LLP**
Suite 400
301 Carnegie Center
Princeton, NJ 08543-5276
(609) 951-4125
angelo.stio@troutman.com
melissa.chuderewicz@troutman.com

*Attorneys for Defendant Deluxe Corporation*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons,* JANE DOE-1, *a law enforcement officer,* JANE DOE-2, *a law enforcement officer,* PATRICK COLLIGAN and PETER ANDREYEV<br><br>Plaintiffs,<br><br>v.<br><br>DELUXE CORPORATION, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities,*<br><br>Defendants. | (Electronically Filed)<br><br>CIVIL ACTION<br><br>Civil Action No. 2:24-cv-04080-CCC-AME<br><br>State Docket No.: BER-L-000821-24 |

## DIVERSITY DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a)(2) of the Federal Rules of Civil Procedure, defendant Deluxe Corporation hereby states that it is a Minnesota corporation with its principal place of business in Minnesota.

Pursuant to 28 U.S.C. 1746 and Fed. R. Civ. P. 11, I certify that the foregoing is true and accurate.

*s/ Angelo A. Stio III*
Angelo A. Stio III
Melissa A. Chuderewicz
**TROUTMAN PEPPER**
**HAMILTON SANDERS LLP**
Suite 400
301 Carnegie Center
Princeton, NJ 08540-6227
(609) 951-4125
Angelo.Stio@troutman.com
Melissa.Chuderewicz@troutman.com

*Attorneys for Defendant Deluxe Corporation*

Dated: March 22, 2024