Angelo A. Stio III
Melissa A. Chuderewicz
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Suite 400, 301 Carnegie Center
Princeton, NJ 08540-6227
angelo.stio@troutman.com
melissa.chuderewicz@troutman.com

*Attorneys for Defendant Deluxe Corporation*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al., Plaintiffs, v. DELUXE CORPORATION, et al., Defendants. | (Electronically Filed) Civil Action No. 2:24-cv-04080-CCC-AME **NOTICE OF APPEARANCE** |

The undersigned hereby appears on behalf of Defendant Deluxe Corporation in the above matter.

        Respectfully,

        **TROUTMAN PEPPER HAMILTON SANDERS LLP**

By:  /s/ Melissa A. Chuderewicz
       Melissa A. Chuderewicz
       301 Carnegie Center, Suite 400
       Princeton, NJ 08540-6227
       (609) 951-4118
       melissa.chuderewicz@troutman.com

       *Attorneys for Defendants Deluxe Corporation*

Dated: March 27, 2024