Angelo A. Stio III
Melissa A. Chuderewicz
**TROUTMAN PEPPER**
**HAMILTON SANDERS LLP**
Suite 400
301 Carnegie Center
Princeton, NJ 08543-5276
(609) 951-4125
Angelo.Stio@troutman.com
Melissa.Chuderewicz@troutman.com

*Attorneys for Defendant Deluxe Corporation*

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DELUXE CORPORATION, et al., <br><br> Defendants. | Civil Action No. 1:24-cv-04080-HB <br><br> **DECLARATION OF ANGELO A. STIO III IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE OF RONALD I. RAETHER, JR.** |

I, ANGELO A. STIO III, of full age, hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

1.      I am a partner in the firm of Troutman Pepper Hamilton Sanders LLP and am admitted to practice before the courts of the State of New Jersey and the United States District Court for the District of New Jersey.  I am a member in good standing of both bars, and I am not under suspension or disbarment by these courts or by any other court or jurisdiction.

2.      I submit this declaration in support of the application by Defendant Deluxe Corporation ("Defendant") for the admission *pro hac vice* of Ronald I. Raether, Jr. of Troutman

Pepper Hamilton Sanders LLP, 5 Park Plaza, Suite 140, Irvine, CA 92614 to appear in this action as counsel for Defendant.

3.      Pursuant to Local Civil Rule 101.1, I understand that all pleadings, briefs, stipulations, and other papers filed with the Court shall be signed by me other Troutman Pepper attorney duly licensed to practice law in the District of New Jersey.  Further, I agree to promptly notify the attorney admitted *pro hac vice* of the receipt of all notices, orders, and pleadings.

4.      Pursuant to Local Civil Rule 101.1, I understand that I shall be held responsible for the conduct of the case and shall be present before the Court during all phases of these proceedings, unless expressly excused by the Court, as well as be held responsible for the conduct of the attorney admitted *pro hac vice*.  I shall ensure that the attorney admitted *pro hac vice* will comply with Local Civil Rule 101.1(c).

5.      Accordingly, on behalf of Defendant, I respectfully request that the Court grant the instant application to have Ronald I. Raether, Jr., admitted *pro hac vice* to appear and participate as counsel in this matter pursuant to Local Civil Rule 101.1(c).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 11, 2024
Princeton, NJ

/s/ Angelo A. Stio III
Angelo A. Stio III, Esq.