Angelo A. Stio III
Melissa A. Chuderewicz
**TROUTMAN PEPPER**
**HAMILTON SANDERS LLP**
Suite 400
301 Carnegie Center
Princeton, NJ 08543-5276
(609) 951-4125
Angelo.Stio@troutman.com
Melissa.Chuderewicz@troutman.com

*Attorneys for Defendant Deluxe Corporation*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DELUXE CORPORATION, et al., <br><br> Defendants. | Civil Action No. 1:24-cv-04080-HB <br><br> **DECLARATION OF RONALD I. RAETHER, JR. IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE** |

I, RONALD I. RAETHER, JR., of full age, hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a partner of Troutman Pepper Hamilton Sanders LLP, counsel for Defendant Deluxe Corporation ("Defendant") in their Orange County, California office. I submit this declaration in support of my application pursuant to Local Civil Rule 101.1 to permit me to appear and participate *pro hac vice* as counsel for Defendant.

2. Pursuant to Local Rule 101.1(c)(1), I declare that I was admitted to practice law and am a member in good standing of the following bars:

| **Bar** | **Date Admitted** |
|---|---|
| Supreme Court of Ohio<br>65 South Front Street<br>Columbus, OH 43215-3431 | May 12, 1997 |
| Supreme Court of California<br>350 McAllister St., Room 1295<br>San Francisco, CA 94102 | May 22, 2015 |
| Supreme Court of Minnesota<br>25 Rev Dr. Martin Luther King Jr. Boulevard<br>St. Paul, MN 55155z | January 17, 1997 |
| Supreme Court of the United States<br>1 First Street, NE<br>Washington, DC 20543 | January 9, 2012 |
| U.S. District Court – Central District of California<br>350 W. 1st Street<br>Los Angeles, CA 90012 | June 1, 2015 |
| U.S. District Court – Eastern District of California<br>Robert T. Masui<br>501 I Street<br>Sacramento, CA 95814 | December 17, 2020 |
| U.S. District Court – Northern District of California<br>Philip Burton Federal Building & United States Courthouse<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | June 2, 2015 |
| U.S. District Court – Southern District of California<br>James M. Carter & Judith N. Keep<br>United States Courthouse<br>221 West Broadway<br>San Diego, CA 92101 | June 1, 2015 |
| U.S. District Court –District of Colorado<br>Alfred A. Arraj United States Courthouse<br>901 19th Street<br>Denver, CO 80294 | August 14, 2014 |

| | |
|---|---|
| U.S. District Court – Eastern District of Michigan<br>Theodore Levin United States Courthouse<br>231 W. Lafayette Blvd., Room 599<br>Detroit, MI 48226 | February 14, 2014 |
| U.S. District Court –District of Minnesota<br>Diana E. Murphy United States Courthouse<br>300 South Fourth Street, Suite 202<br>Minneapolis, MN 55415 | September 14, 2020 |
| U.S. District Court – Southern District of Ohio<br>Joseph P. Kinneary U.S. Courthouse<br>Room 121, 85 Marconi Boulevard<br>Columbus, OH 43215 | May 12, 1997 |
| U.S. District Court – Northern District of Ohio<br>Carl B. Stokes United States Court House<br>801 West Superior Avenue<br>Cleveland, OH 44113-1830 | December 11, 2009 |
| U.S. District Court – Eastern District of Wisconsin<br>United States Federal Building and Courthouse<br>517 E. Wisconsin Ave., Room 362<br>Milwaukee, WI 53202 | November 3, 2008 |
| U.S. District Court – Western District of Wisconsin<br>500 South Barstow Street<br>Eau Claire, WI 54701 | July 14, 2015 |
| U.S. Court of Appeals, Second Circuit<br>Thurgood Marshall US Courthouse<br>40 Foley Square<br>New York, NY 10007 | September 11, 2012 |
| U.S. Court of Appeals, Third Circuit<br>21400 United States Courthouse<br>601 Market Street<br>Philadelphia, PA 19106-1790 | October 5, 2020 |
| U.S. Court of Appeals, Fourth Circuit<br>Lewis F. Powell Jr. Courthouse and Annex<br>1100 East Main Street, Suite 501<br>Richmond, VA 23219 | September 27, 2007 |

|  |  |
|---|---|
| U.S. Court of Appeals, Fifth Circuit<br>600 Camp Street<br>New Orleans, LA 70130 | November 24, 2008 |
| U.S. Court of Appeals, Sixth Circuit<br>100 East 5th Street<br>Cincinnati, OH 45202 | November 3, 2004 |
| U.S. Court of Appeals, Seventh Circuit<br>Everett McKinley Dirksen<br>United States Courthouse<br>219 S. Dearborn Street, Room 2722<br>Chicago, IL 60604 | June 23, 2010 |
| U.S. Court of Appeals, Eighth Circuit<br>Thomas F. Eagleton Courthouse<br>111 South 10th Street<br>St. Louis, MO 63102 | March 7, 2011 |
| U.S. Court of Appeals, Ninth Circuit<br>The James R. Browning Courthouse<br>95 7th Street<br>San Francisco, CA 94103 | February 25, 2011 |
| U.S. Court of Appeals, Tenth Circuit<br>Byron White Court House<br>1823 Stout Street<br>Denver, CO 80257 | August 25, 2004 |
| U.S. Court of Appeals, Eleventh Circuit<br>Elbert T. Tuttle Courthouse<br>56 Forsyth Street, N.W.<br>Atlanta, GA 30303 | September 29, 2004 |

3. I am not under suspension or disbarment by any court, and I am eligible for admission to the bar of this Court under Local Civil Rule 101.1(c). There are no disciplinary proceedings pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction. I shall notify the Court immediately of any matter affecting my standing at the bar of any court.

4. I understand that upon admission *pro hac vice*, I am subject to the orders and amenable to the disciplinary action and the civil jurisdiction of this Court and the New Jersey State Bar in all respects as if I were regularly admitted and a licensed member of the Bar of the State of New Jersey in good standing.

5. In accordance with Local Civil Rule 101.1(c)(4), Angelo A. Stio III of Troutman Pepper Hamilton Sanders LLP, a member in good standing of the bar of this Court and the Supreme Court of the State of New Jersey, will continue to be responsible for signing all papers, making all appearances, signing stipulations and signing and receiving payments on judgments, decrees or orders, unless otherwise excused by the Court.

6. Upon being admitted *pro hac vice*, I shall promptly make payment to the New Jersey Lawyers Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a), for any year in which I continue to appear in this matter.

7. Upon being admitted *pro hac vice*, I shall also promptly make payment to the Clerk of the District Court for the District of New Jersey as provided by Local Civil Rule 101.1(c)(3).

8. Pursuant to Local Civil Rule 101.1(c)(4), I understand that upon being admitted *pro hac vice* I am deemed to have agreed to take no fee in any tort case in excess of New Jersey Court Rule 1:21-7 governing contingent fees.

9. I agree to abide by the provision of Local Civil Rule 101.1(c).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 11, 2024

                                                              Ronald I. Raether, Jr. Esq.