Angelo A. Stio III
Melissa A. Chuderewicz
**TROUTMAN PEPPER**
**HAMILTON SANDERS LLP**
Suite 400
301 Carnegie Center
Princeton, NJ 08543-5276
(609) 951-4125
Angelo.Stio@troutman.com
Melissa.Chuderewicz@troutman.com

*Attorneys for Defendant Deluxe Corporation*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DELUXE CORPORATION, et al.,<br><br>Defendants. | Civil Action No. 1:24-cv-04080-HB<br><br>**CERTIFICATE OF SERVICE** |

I, Angelo A. Stio III, hereby certify as follows:

1.      I am an attorney at law of the State of New Jersey and a member of the firm of Troutman Pepper Hamilton Sanders LLP, attorneys for Defendant Deluxe Corporation ("Defendant") in the above-captioned matter.

2.      On April 11, 2024, the following documents were electronically filed with the Clerk of the Court:

a.   Letter application for Admission of Ronald I. Raether, Jr.;

b.   Declaration of Angelo A. Stio III in Support of Application for Admission Pro Hac Vice of Ronald I. Raether, Jr.;

      c.   Declaration of Ronald I. Raether, Jr. in Support of Application for Admission Pro Hac Vice;

      d.   Proposed Form of Order; and this

      e.   Certificate of Service

3.     I further certify that these documents were sent to counsel of record via the CM/ECF system and to the following counsel via U.S. Mail and email:

Rajiv D. Parikh
Kathleen Barnett Einhorn
Pem Law LLP
1 Boland Dr., Suite 101
West Orange, New Jersey 07052
rparikh@pemlawfirm.com
keinhorn@pemlawfirm.com

Mark Mao
Boies Schiller Flexner LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
mmao@bsfllp.com

John Yanchunis
Morgan and Morgan
201 N. Franklin Street, 7th Floor
Tampa FL 33602
jyanchunis@ForThePeople.com

Dated: April 11, 2024

By:   /s/ Angelo A. Stio
        Angelo A. Stio III

2