Angelo A. Stio III
Melissa A. Chuderewicz
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Suite 400
301 Carnegie Center
Princeton, NJ 08540-6227
(609) 951-4125
angelo.stio@troutman.com
melissa.chuderewicz@troutman.com

*Attorneys for Defendant Deluxe Corporation*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DELUXE CORPORATION, et al., <br><br> Defendants. | Civil Action No. 1:24-cv-04080-HB |

**REQUEST BY LOCAL COUNSEL FOR
*PRO HAC VICE* ATTORNEY TO
RECEIVE ELECTRONIC NOTIFICATION**

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An Order granting the admission *pro hac vice* of Alan D. Wingfield, Esq. in the within matter was entered on April 16, 2024 (Document Number 15); and

2. The Admission Fee, in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

                                                       */s/ Angelo A. Stio*
                                                     Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

| | |
|---|---|
| Name: | Alan D. Wingfield, Esq. |
| Address: | Troutman Pepper Hamilton Sanders LLP |
| | Troutman Pepper Building |
| | 1001 Haxall Point |
| | 15th Floor |
| | Richmond, VA  23219 |
| Phone: | (804) 697-1200 |
| E-Mail: | alan.wingfield@troutman.com |