UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
**MINUTES OF PROCEEDINGS**

**CAMDEN OFFICE**                    **DATE OF PROCEEDINGS: 04/18/2023**

**JUDGE: HARVEY BARTLE III**

COURT REPORTER: Ann Marie Mitchell        **DOCKET #** CV 24-4080 (HB)

**TITLE OF CASE:**
ATLAS DATA PRIVACY CORPORATION et al
      v.
DELUXE CORPORATION, et al

**APPEARANCES:**
SEE ATTACHED LIST

NATURE OF PROCEEDINGS: STATUS CONFERENCE

Time commenced: 10:00 AM                    Time Adjourned: 12:20 PM

Total: 2 hours and 20 minutes

                                s/ *David Bruey*
                                **DEPUTY CLERK**