Troutman Pepper Hamilton Sanders LLP
301 Carnegie Center, Suite 400
Princeton, NJ 08540

**troutman**
**pepper**

www.troutman.com

Angelo A. Stio III
Partner
D: 609.951.4125
Angelo.Stio@troutman.com
Admitted in: New Jersey, New York, Pennsylvania

June 10, 2024

**BY ECF**

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
 Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

Re:  *Atlas Data Privacy Corp., et al v. Deluxe Corporation, et al*, (No. 1:24-cv-4080) –
      **Joinder in Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint**

Dear Judge Bartle:

This firm represents the defendant Deluxe Corporation ("Deluxe") in the above-referenced matter.
We write to advise the Court that Deluxe joins the Consolidated Motion to Dismiss Brief, which
will be filed today in the action captioned as *Atlas Data Privacy Corporation, et al. v. Lightbox
Parent, L.P., et al.*, Civil Action No. 1:24-cv-04105 (the "Consolidated Motion to Dismiss").  For
the reasons set forth in the Consolidated Motion to Dismiss, Deluxe respectfully requests that the
Court grant the motion and dismiss Plaintiffs' Complaint in this matter with prejudice.

Respectfully submitted,

*/s/ Angelo A. Stio III*
Angelo A. Stio III

cc:   Ronald Raether, Esq. (via email)
       All counsel of record via ECF

Troutman Pepper Hamilton Sanders LLP, a Georgia limited liability partnership
 Delia C. Donahue, Partner-in-Charge, Princeton Office