Troutman Pepper Hamilton Sanders LLP
301 Carnegie Center, Suite 400
Princeton, NJ  08540-6227



troutman.com

**Angelo A. Stio III**
D 609.951.4125
angelo.stio@troutman.com

November 15, 2024

**VIA ECF**

The Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
   Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Re:   *Atlas Data Privacy Corp., et al v. Deluxe Corporation, et al.*
       **Civil Action No. 1:24-cv-04080-HB**

Dear Judge Bartle:

This firm represents Defendant Deluxe Corporation ("Defendant") in the above-referenced matter.  Defendant seeks to have Timothy J. St. George, Esq. admitted *pro hac vice.*  Enclosed is the supporting declaration of Mr. St. George setting forth his qualifications, together with my declaration in support of his application and the proposed form of Order granting Mr. St. George's *pro hac vice* admission.

The parties have consented to this application.  We therefore respectfully request the entry of the enclosed proposed order.

Thank you for the Court's consideration of this request.

                        Respectfully submitted,

                        /s/ Angelo A. Stio, III
                        Angelo A. Stio, III

cc:   All counsel of record (via ECF)
       Timothy J. St. George,  Esq.