Angelo A. Stio III
Melissa A. Chuderewicz
Stephanie L. Jonaitis
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Suite 400
301 Carnegie Center
Princeton, NJ 08540-6227
(609) 951-4125
Angelo.Stio@troutman.com
Melissa.Chuderewicz@troutman.com
Stephanie.Jonaitis@troutman.com

*Attorneys for Defendant Deluxe Corporation*

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DELUXE CORPORATION, et al., <br><br> Defendants. | Civil Action No. 1:24-cv-04080-HB <br><br> **MOTION ON CONSENT FOR ADMISSION *PRO HAC VICE* OF TIMOTHY J. ST. GEORGE** |

**PLEASE TAKE NOTICE** that, pursuant to L.Civ.R. 101.1(c), the undersigned attorneys for Defendant Deluxe Corporation ("Deluxe"), shall move before the Honorable Harvey Bartle III, sitting by designation in the United States District Court for District of New Jersey, Mitchell H. Cohen Bldg. & U.S. Courthouse, 4th & Cooper Streets, Camden, NJ 08101, for entry of an Order permitting Timothy J. St. George, Esq. of Troutman Pepper Hamilton Sanders LLP to appear in the above matter *pro hac vice*. Please note counsel for all parties consent to entry of said Order.

**PLEASE TAKE FURTHER NOTICE** that in support of the within motion, Deluxe shall rely on the accompanying certifications of Angelo A. Stio III and Timothy J. St. George.

A form of Order is submitted herewith.

Dated: December 6, 2024

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

By: */s/ Angelo A. Stio III*
Angelo A. Stio III
Melissa A. Chuderewicz
Stephanie L. Jonaitis
301 Carnegie Center
Suite 400
Princeton, New Jersey 08540

*Attorneys for Defendant Deluxe Corporation*