# UNITED STATES DISTRICT COURT

for the

<u>District of New Jersey</u>

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4037 |
| | ) | |
| <u>We Inform, LLC, et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4041 |
| | ) | |
| <u>Infomatics, LLC, et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4045 |
| | ) | |
| <u>The People Searchers, LLC, et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4075 |
| | ) | |
| <u>DM Group, Inc., et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4080 |
| | ) | |
| <u>Deluxe Corporation, et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4096 |
| | ) | |
| Delvepoint, LLC, et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4098 |
| | ) | |
| Quantarium Alliance, LLC, et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4103 |
| | ) | |
| Yardi Systems, Inc., et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4141 |
| | ) | |
| Digital Safety Products, LLC, et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4143 |
| | ) | |
| Cvil Data Research | ) | |
| *Defendant* | ) | |

Atlas Data Privacy Corporation, et. al. )
  *Plaintiff* )
   v. )  Case No. 24-4160
    )
Scalable Commerce, LLC, et. al. )
  *Defendant* )


Atlas Data Privacy Corporation, et. al. )
  *Plaintiff* )
   v. )  Case No. 24-4174
    )
Labels & Lists, Inc., et. al. )
  *Defendant* )


Atlas Data Privacy Corporation, et. al. )
  *Plaintiff* )
   v. )  Case No. 24-4176
    )
Innovis Data Solutions Inc., et. al. )
  *Defendant* )


Atlas Data Privacy Corporation, et. al. )
  *Plaintiff* )
   v. )  Case No. 24-4178
    )
Accurate Append, Inc., et. al. )
  *Defendant* )


Atlas Data Privacy Corporation, et. al. )
  *Plaintiff* )
   v. )  Case No. 24-4256
    )
Zillow, Inc., et. al. )
  *Defendant* )

Atlas Data Privacy Corporation, et. al. )
  *Plaintiff* )
  v. )  Case No. 24-4261
  )
Equimine, Inc., et. al. )
  *Defendant* )


Atlas Data Privacy Corporation, et. al. )
  *Plaintiff* )
  v. )  Case No. 24-4292
  )
Melissa Data Corp., et. al. )
  *Defendant* )


Atlas Data Privacy Corporation, et. al. )
  *Plaintiff* )
  v. )  Case No. 24-4324
  )
Restoration of America, et. al. )
  *Defendant* )


Atlas Data Privacy Corporation, et. al. )
  *Plaintiff* )
  v. )  Case No. 24-4345
  )
i360, LLC, et. al. )
  *Defendant* )


Atlas Data Privacy Corporation, et. al. )
  *Plaintiff* )
  v. )  Case No. 24-4380
  )
GoHunt, LLC, et. al. )
  *Defendant* )

| Atlas Data Privacy Corporation, et. al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4383 |
| | ) | |
| Accuzip, Inc., et. al. | ) | |
| *Defendant* | ) | |


| Atlas Data Privacy Corporation, et. al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4385 |
| | ) | |
| Synaptix Technology, LLC, et. al. | ) | |
| *Defendant* | ) | |


| Atlas Data Privacy Corporation, et. al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4389 |
| | ) | |
| Joy Rockwell Enterprises, Inc., et. al. | ) | |
| *Defendant* | ) | |


| Atlas Data Privacy Corporation, et. al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4390 |
| | ) | |
| Fortnoff Financial, LLC, et. al. | ) | |
| *Defendant* | ) | |


| Atlas Data Privacy Corporation, et. al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4392 |
| | ) | |
| MyHeritage, Ltd., et. al. | ) | |
| *Defendant* | ) | |

Atlas Data Privacy Corporation, et. al. )
 *Plaintiff* )
 v. )  Case No. 24-4434
 )
E-merges.com, Inc., et. al. )
 *Defendant* )


Atlas Data Privacy Corporation, et. al. )
 *Plaintiff* )
 v. )  Case No. 24-4609
 )
Nuwber, Inc., et. al. )
 *Defendant* )


Atlas Data Privacy Corporation, et. al. )
 *Plaintiff* )
 v. )  Case No. 24-4664
 )
RocketReach LLC, et. al. )
 *Defendant* )


Atlas Data Privacy Corporation, et. al. )
 *Plaintiff* )
 v. )  Case No. 24-4949
 )
Belles Camp Communications, Inc., et. al. )
 *Defendant* )


Atlas Data Privacy Corporation, et. al. )
 *Plaintiff* )
 v. )  Case No. 24-5600
 )
Property Radar Inc., et. al. )
 *Defendant* )

| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-5656 |
| | ) | |
| The Alesco Group, L.L.C., et. al. | ) | |
| *Defendant* | ) | |

| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-5658 |
| | ) | |
| Searchbug, Inc., et. al. | ) | |
| *Defendant* | ) | |

| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-5775 |
| | ) | |
| Amerilist, Inc., et. al. | ) | |
| *Defendant* | ) | |

| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-7324 |
| | ) | |
| U.S. Data Corporation, et. al. | ) | |
| *Defendant* | ) | |

| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-8075 |
| | ) | |
| Smarty, LLC, et. al. | ) | |
| *Defendant* | ) | |

| Atlas Data Privacy Corporation, et. al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-8451 |
| | ) | |
| Compact Information Systems, LLC., et. al. | ) | |
| *Defendant* | ) | |
| | | |
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-10600 |
| | ) | |
| Darkowl, LLC, et. al. | ) | |
| *Defendant* | ) | |

## **APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in the above-referenced cases as counsel for:

Intervenor Attorney General of New Jersey.

:

Date

12/6/2024

_____
*Attorney's signature*

KASHIF T. CHAND
N.J. Bar No. 016752008
*Printed name and bar number*

New Jersey Division of Law
124 Halsey St., 5th Fl.
Newark, NJ 07101
*Address*

KASHIF.CHAND@LAW.NJOAG.GOV
*E-mail address*

973-648-2052
*Telephone number*

973-648-3879
*FAX number*