Angelo A. Stio III
Melissa A. Chuderewicz
Stephanie L. Jonaitis
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Suite 400
301 Carnegie Center
Princeton, NJ 08540-6227
(609) 951-4125
angelo.stio@troutman.com
melissa.chuderewicz@troutman.com
stephanie.jonaitis@troutman.com

*Attorneys for Defendant RocketReach LLC*

## IN THE UNITED DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al.,<br><br>          Plaintiffs,<br><br>          v.<br><br>DELUXE CORPORATION, et al.,<br><br>          Defendants. | Civil Action No. 1:24-cv-04080-HB<br><br>*DOCUMENT FILED ELECTRONICALLY* |

### REQUEST BY LOCAL COUNSEL FOR
### *PRO HAC VICE* ATTORNEY TO
### RECEIVE ELECTRONIC NOTIFICATION

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An Order granting the admission *pro hac vice* of Timothy J. St. Goerge, Esq. in the within matter was entered on December 12, 2024 (Document Number 66); and

2. The Admission Fee, in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

*/s/ Angelo A. Stio*
Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

| | |
|---|---|
| Name: | Timothy J. St. George, Esq. |
| Address: | Troutman Pepper Hamilton Sanders LLP |
| | Troutman Pepper Building |
| | 1001 Haxall Point |
| | 15th Floor |
| | Richmond, VA  23219 |
| Phone: | (804) 697-1200 |
| E-Mail: | Timothy.St.George@troutman.com |