Angelo A. Stio III
Melissa A. Chuderewicz
Stephanie L. Jonaitis
**TROUTMAN PEPPER**
**HAMILTON SANDERS LLP**
Suite 400
301 Carnegie Center
Princeton, NJ 08543-5276
(609) 951-4125
Angelo.Stio@troutman.com
Melissa.Chuderewicz@troutman.com
Stephanie.Jonaitis@troutman.com

*Attorneys for Defendant Deluxe Corporation*

**IN THE UNITED DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DELUXE CORPORATION, et al., <br><br> Defendants. | Civil Action No. 1:24-cv-04080-HB <br><br> *DOCUMENT FILED ELECTRONICALLY* |

**WITHDRAWAL OF APPEARANCE, INCLUDING ELECTRONIC NOTIFICATION, OF *PRO HAC VICE* COUNSEL ALAN D. WINGFIELD**

On behalf of Defendant Deluxe Corporation, please withdraw the *pro hac vice* appearance of Alan D. Wingfield, Esq. and remove him from further electronic notifications in the above-captioned matter. Defendant continues to be represented by the undersigned counsel of record and other Troutman Pepper Hamilton Sanders LLP attorneys who have entered their

appearances in this matter as well as the additional attorneys who have been admitted *pro hac vice*.

Dated: December 19, 2024 **TROUTMAN PEPPER HAMILTON SANDERS LLP**

By: *s/ Angelo A. Stio*
Angelo A. Stio III