Angelo A. Stio III
Melissa A. Chuderewicz
Stephanie L. Jonaitis
Robert A. Jenkin II
**TROUTMAN PEPPER LOCKE LLP**
Suite 203, 104 Carnegie Center
Princeton, NJ 08540-6277
Angelo.Stio@troutman.com
Melissa.Chuderewicz@troutman.com
Stephanie.Jonaitis@troutman.com
Robert.Jenkin@troutman.com
*Attorneys for Defendant Deluxe Corporation*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al.<br><br>Plaintiffs,<br><br>v.<br><br>DELUXE CORPORATION, et al.,<br><br>Defendants. | (Electronically Filed)<br><br>Civil Action No. 1:24-cv-04080-HB<br><br>**NOTICE OF APPEARANCE** |

The undersigned hereby appears on behalf of Defendant Deluxe Corporation in the above matter.

Respectfully,

**TROUTMAN PEPPER LOCKE LLP**

By: */s/ Robert A. Jenkin II, Esq.*
Robert A. Jenkin II, Esq.
104 Carnegie Center, Suite 203
Princeton, NJ 08540-6227
Phone: (609) 452-0808
robert.jenkin@troutman.com

*Attorneys for Defendant Deluxe Corporation*

Dated: August 25, 2025