UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS


**CAMDEN OFFICE**

**DATE OF PROCEEDING**:    March 24, 2026

**JUDGE HARVEY BARTLE III**


**COURT REPORTER:**    META GODDARD


**TITLE OF CASE:**                              **DOCKET NO.:** 24-4080 (HB)

ATLAS DATA PRIVACY CORPORATION, et al.
v
DELUXE CORPORATION, et al.


**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS**:   STATUS CONFERENCE

Status conference held on the record.


                                             s/Lawrence Macstravic
                                             Deputy Clerk

Time Commenced: 11:22a.m.      Time Adjourned: 11:24a.m.      Total Time in Court: 0:02