UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**Minutes of Proceedings**

**OFFICE:** CAMDEN                          **PROCEEDING DATE**: June 29, 2026
**JUDGE  HARVEY BARTLE III**
Court Reporter: Kimberly Wilsom

**TITLE OF CASE:**                          **DOCKET #:** 1:24-cv-4080 (HB)
ATLAS DATA PRIVACY CORPORATION, et al.
v.
DELUXE CORPORATION., et al

**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS: STATUS CONFERENCE**

In Person Status Conference held on the record.

Time Commenced: 10:01 a.m.
Time Adjourned:    11:21 a.m.
Total Time: 2 Minutes

                                    s/ Ivannya Fitzgerald
                                    **Deputy Clerk**