Angelo A. Stio III (ID No. 014791997)
Melissa A. Chuderewicz (ID No. 023392001)
Stephanie L. Jonaitis (ID No. 015142002)
Robert A. Jenkin, II (ID No. 321032020)
Timothy St. George (admitted *pro hac vice*)
**TROUTMAN PEPPER LOCKE LLP**
104 Carnegie Center, Suite 203
Princeton, NJ 08540
(609) 951-4125
angelo.stio@troutman.com
Melissa.Chuderewicz@troutman.com
Stephanie.Jonaitis@troutman.com
Robert.Jenkin@troutman.com
Timothy.St.George@troutman.com

*Attorneys for Defendant Deluxe Corporation*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN,<br><br>Plaintiffs,<br><br>v.<br><br>DELUXE CORPORATION, DATAMYX LLC, DELUXE FINANCIAL SERVICES, LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>Defendants. | Civil Action No. 1:24-cv-04080<br><br>**DIVERSITY DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1(a)(2), defendant Deluxe Financial Services LLC hereby states that it is a Minnesota limited liability company with its principal place of business in Minnesota.

/s/ *Stephanie L. Jonaitis*
Angelo A. Stio III (ID No. 014791997)
Melissa A. Chuderewicz (ID No. 023392001)
Stephanie L. Jonaitis (ID No. 015142002)
Timothy J. St. George (admitted *pro hac vice*)
TROUTMAN PEPPER LOCKE LLP
104 Carnegie Center, Suite 203
Princeton, NJ 08540-6227
609.452.0808
Angelo.Stio@troutman.com
Melissa.Chuderewicz@troutman.com
Stephanie.Jonaitis@troutman.com
Timothy.St.George@troutman.com

*Attorneys for Defendant Deluxe Corporation, Datamyx LLC, and Deluxe Financial Services, LLC*