Angelo A. Stio III
Melissa A. Chuderewicz
Stephanie L. Jonaitis
**TROUTMAN PEPPER LOCKE LLP**
Suite 203
104 Carnegie Center
Princeton, NJ 08540
(609) 452-0808
Angelo.Stio@troutman.com
Melissa.Chuderewicz@troutman.com
Stephanie.Jonaitis@troutman.com

*Attorneys for Defendants*
*Deluxe Corporation, Datamyx LLC,*
*and Deluxe Financial Services, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DELUXE CORPORATION, et al.,<br><br>Defendants. | Civil Action No. 1:24-cv-04080-HB<br><br>**MOTION ON CONSENT FOR ADMISSION *PRO HAC VICE* OF JENNIFER L. BRUMFIELD** |

**PLEASE TAKE NOTICE** that, pursuant to L.Civ.R. 101.1(c), the undersigned attorneys for Defendants Deluxe Corporation, Datamyx LLC, and Deluxe Financial Services, LLC (collectively, "Defendants"), shall move before the Honorable Harvey Bartle III, sitting by designation in the United States District Court for District of New Jersey, Mitchell H. Cohen Bldg. & U.S. Courthouse, 4th & Cooper Streets, Camden, NJ 08101, for entry of an Order permitting

Jennifer L. Brumfield, Esq. of Troutman Pepper Locke LLP to appear in the above matter *pro hac vice.* Please note counsel for all parties consent to entry of said Order.

**PLEASE TAKE FURTHER NOTICE** that in support of the within motion, Defendants shall rely on the accompanying Declarations of Stephanie L. Jonaitis and Jennifer L. Brumfield.

A form of Order is submitted herewith.

Dated: November 23, 2026

**TROUTMAN PEPPER LOCKE LLP**

By: */s/ Stephanie L. Jonaitis*
Angelo A. Stio III
Melissa A. Chuderewicz
Stephanie L. Jonaitis
104 Carnegie Center
Suite 203
Princeton, New Jersey 08540

*Attorneys for Defendants*
*Deluxe Corporation, Datamyx LLC, and*
*Deluxe Financial Services, LLC*