Angelo A. Stio III
Melissa A. Chuderewicz
Stephanie L. Jonaitis
**TROUTMAN PEPPER LOCKE LLP**
Suite 203
104 Carnegie Center
Princeton, NJ 08540
(609) 452-0808
Angelo.Stio@troutman.com
Melissa.Chuderewicz@troutman.com
Stephanie.Jonaitis@troutman.com

*Attorneys for Defendant*
*Deluxe Corporation, Datamyx LLC,*
*and Deluxe Financial Services, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DELUXE CORPORATION, et al.,<br><br>Defendants. | Civil Action No. 1:24-cv-04080-HB<br><br>**ORDER GRANTING THE *PRO HAC VICE* ADMISSION OF JENNIFER L. BRUMFIELD** |

This matter having come before the Court on the application of Troutman Pepper Locke LLP, attorneys for Defendants Deluxe Corporation, Datamyx LLC, and Deluxe Financial Services, LLC for the admission *pro hac vice* of Jennifer L. Brumfield, pursuant to Local Civil Rule 101.1; and the Court having considered the submissions made in support of the application; and for good cause shown;

IT IS on this 24th day of November, 2026,

ORDERED that the application for the *pro hac vice* admission of Jennifer L. Brumfield is granted;

IT IS FURTHER ORDERED that Jennifer L. Brumfield shall abide by all rules of this Court, including all disciplinary rules and shall notify the Court immediately of any matter affecting her standing at the bar of any court;

IT IS FURTHER ORDERED that Jennifer L. Brumfield is deemed to consent to the appointment of the Clerk of the Court as the agent upon whom service of process may be made for all actions against her that may arise from her participation in this matter;

IT IS FURTHER ORDERED that Stephanie L. Jonaitis of Troutman Pepper Locke LLP shall (a) be the attorney of record for Defendant in this case in accordance with Local Civil Rule 101.1(c); (b) be served all papers in this action and such service shall be deemed sufficient service upon Jennifer L. Brumfield; (c) sign (or arrange for an attorney with the firm admitted to practice in New Jersey to sign) all pleadings, briefs and other papers submitted to this Court; (d) appear (or arrange for an attorney with the firm admitted to practice in New Jersey to appear) at all proceedings; and (e) be responsible for the conduct of Jennifer L. Brumfield in this matter;

IT IS FURTHER ORDERED that Jennifer L. Brumfield shall make payment to the New Jersey Lawyer's Fund for Client Protection, pursuant to New Jersey Court Rule 1:28-2 for each year in which she represents the client in this matter;

IT IS FURTHER ORDERED that Jennifer L. Brumfield shall pay the fee to the Clerk of the United States District Court for the District of New Jersey for admission *pro hac vice* in accordance with Local Civil Rule 101.1(c)(3); and

IT IS FURTHER ORDERED that all terms of the Orders entered in this case, including all deadlines set forth therein, shall remain in full force and effect and no delay in discovery, motions,

trial, or other proceedings shall occur because of the participation of Jennifer L. Brumfield or her inability to be in attendance at proceedings.

BY THE COURT:

/s/ Harvey Bartle III
J.